UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GF MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:17-cv-01635-RCM |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gertrude Mae Flynn, and Defendant, GF Management, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: August 20, 2018

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

Respectfully submitted,

*/s/ Mark K. Dausch*
Mark K. Dausch
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
Pittsburgh, PA 15222
724-255-5682
mdausch@babstcalland.com